UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY J. CROOK,<br><br>Plaintiff,<br><br>v.<br><br>JEFF MACOMBER, STATE OF CALIFORNIA, and GAVIN NEWSOME,<br><br>Defendants. | No. 1:25-cv-00443-KES-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>Doc. 10 |

Plaintiff Anthony J. Crook is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 1, 2025, the assigned magistrate judge screened plaintiff's complaint and found that it failed to state a claim. Doc. 8. Plaintiff was afforded the opportunity to file (1) an amended complaint curing the identified deficiencies, (2) a notice that he wishes to stand on his initial complaint, or (3) a notice of voluntary dismissal. *Id.* Plaintiff failed to respond to the screening order. On July 23, 2025, the magistrate judge issued findings and recommendations recommending that this action be dismissed without prejudice for plaintiff's failure to comply with a court order and failure to prosecute this action. Doc. 10. The findings and recommendations were served on plaintiff and contained notice that any objections were to be

1

filed within fourteen (14) days of the date of service. *Id.* at 5. No objections have been filed, and the time to do so has now passed.

In accordance with 28 U.S.C. § 636(b)(1), this Court conducted a de novo review of this case. Having carefully reviewed the matter the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on July 23, 2025, Doc. 10, are ADOPTED IN FULL;
2. This action is DISMISSED without prejudice for failure to prosecute and failure to obey court orders; and
3. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   August 28, 2025

_____
UNITED STATES DISTRICT JUDGE

2